1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
3  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
4  Telephone: (415) 436-7124
   Fax: (415) 436-7169
5  Email: ila.deiss@usdoj.gov

6  TARA GARCIA
   Certified Student Attorney
7
   Attorneys for Respondent
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11

12 JOLLY BUGARI                        )
                                       )  Case No. C 11-0084 JCS
13              Petitioner,            )
                                       )
14       v.                            )  **PARTIES' JOINT REQUEST TO BE**
                                       )  **EXEMPT FROM FORMAL ADR**
15 JANET NAPOLITANO                    )  **PROCESS; AND [PROPOSED] ORDER**
                                       )
16              Respondent.            )
   _____ )

17       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

18 Resolution Procedures in the Northern District of California" or the specified portions of the ADR

19 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

20 options provided by the court and private entities, and considered whether this case might benefit

21 from any of them.

22       Here, the parties agree that referral to a formal ADR process will not be beneficial because this

23 action is limited to Petitioner's request that this Court review the denial of Petitioner's

24 naturalization application, as per 8 U.S.C. §1421(c).  Given the substance of the action and the

25 lack of any potential middle ground, ADR will only serve to multiply the proceedings and

26 unnecessarily tax court resources.

27       Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

28 ADR Multi-Option Program and that they be excused from participating in the ADR phone

Request for ADR Exemption
C 11-0084 JCS

1  conference and any further formal ADR process.  If any party subsequently determines that
2  submission to the formal ADR process would be beneficial to the efficient resolution of this
3  matter, the parties agree to submit to the Court's ADR program at that time.

Dated: March 14, 2011                         Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney


                                              _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney

                                              Attorneys for Respondent

Dated: March 15, 2011                         _____/s/_____
                                              ANOOP PRASAD
                                              Attorney for Petitioner


## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.  Should any party subsequently determine that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

**SO ORDERED.**

Dated:   03/16/11



_____
JOSEPH C. SPERO
United States Magistrate Judge