MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
E-mail: ila.deiss@usdoj.gov

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

JOHN DIDDAY
Certified Student Attorney

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOLLY BUGARI, | ) No. C 11-0084 JCS |
|                 Petitioner, | ) **STIPULATION TO EXTEND DATES;** |
|      v. | ) **and [~~PROPOSED~~] ORDER** |
| JANET NAPOLITANO, | ) |
|                 Respondent. | ) |

Pursuant to Civ. Local Rule 6-2(a), Petitioner, by and through her attorney of record, and Respondent, by and through her attorneys of record, hereby stipulate to a brief extension of dates.

1. On April 18, 2011, the Court continued the initial case management conference and hearing on Respondent's Motion for Summary Judgment to June 24, 2011.

2. The attorney for the Respondent is unavailable that week due to a deposition in Florida on June 24, 2011.

3. No prior requests for extensions of time have been made.

4. No other Court dates are impacted.

Accordingly, the parties request the initial case management conference and hearing on

Stipulation to Extend Dates
C 11-00184 JCS

Respondent's Motion be reset one week to **July 1, 2011, at 9:30.**

Dated: June 8, 2011                               Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                      /s/
                                                 ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorneys for Respondent

Dated: June 8, 2011                                              /s/
                                               ANOOP PRASAD
                                               Attorney for Petitioner

## ORDER

Based on the foregoing, the case management conference and hearing on Respondent's Motion for Summary Judgment is reset to **July 1, 2011, at 9:30 a.m..**

Dated: 06/09/11

JOSEPH C. SPERO
United States Magistrate Judge